NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 06-521 consolidated with CA 06-520

ROBERT FRANKLIN WILLIS, ET AL.

VERSUS

DANIEL J. WALTERS, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20006527 C/W 20006526
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Oswald A. Decuir, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**

J. J. McKernan
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809
(225) 926-1234
Counsel for Plaintiff/Appellant:
Donna Oswalt
Roy S. Oswalt
Helen Willis
Robert Franklin Willis

**Ian Alexander Macdonald**
**Perret, Doise**
**P. O. Drawer 3408**
**Lafayette, LA 70502-3408**
**(337) 262-9000**
**Counsel for Defendant/Appellee:**
**Dixie Cabs, Inc.**
**Imperial Fire and Casualty Insurance Company**
**Daniel J. Walters**

**John H. Smith**
**McKernan Law Firm**
**8710 Jefferson Highway**
**Baton Rouge, LA 70809**
**(225) 926-1234**
**Counsel for Plaintiff/Appellant:**
**Donna Oswalt**
**Robert Franklin Willis**
**Helen Willis**
**Roy S. Oswalt**

**Scott F. Higgins**
**Attorney at Law**
**P. O. Box 91530**
**Lafayette, LA 70509**
**(337) 237-4370**
**Counsel for Defendant/Appellee:**
**Jannock, Ltd.**
**Pacific Employers Insurance Company**

**Melvin L. Holden**
**Attorney at Law**
**838 North Blvd.**
**Baton Rouge, LA 70802**
**(225) 346-0406**
**Counsel for Plaintiff/Appellant:**
**Roy S. Oswalt**
**Helen Willis**
**Donna Oswalt**
**Robert Franklin Willis**

**Orlando Rodriquez Richmond, Sr.**
**Attorney at Law**
**605 2nd Avenue North, Suite 500**
**Columbus, MS 39705**
**(662) 327-2722**
**Counsel for Plaintiff/Appellant:**
**Robert Franklin Willis**
**Donna Oswalt**
**Helen Willis**
**Roy S. Oswalt**

**EZELL, JUDGE**.

For the reasons assigned this date in the consolidated matter bearing docket number 06-520, the judgment of the trial court is affirmed. Costs of this appeal are to be split between the parties, with Mr. Willis to pay one-third of the costs, Mr. Oswalt to pay one-third of the costs, and Pacific to pay one-third of the costs.

**AFFIRMED.**